No. 1049. FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER, v. WHITE ET AL. April 27, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the

Fourth Circuit denied. *Messrs. Francis C. Brown, James M. Kane,* and *Tazewell Taylor* for petitioner. *Mr. Stewart K. Powell* for respondents.